Katherine A. Neben (State Bar No. 263099)
kneben@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone: (949) 851-3939
Facsimile:  (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN K. MURRAY, | Case No. 2:19-cv-04198 RSWL (SSx) |
| Plaintiff, | Hon. Ronald S. W. Lew |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| DISCOVER FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANSUNION, LLC, | |
| Defendants. | Complaint filed: May 15, 2019 |

Pursuant to the stipulation of Plaintiff JoAnn K. Murray and Experian Information Solutions, Inc., Experian Information Solutions Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

As no defendants remain, this action is hereby dismissed.

**IT IS SO ORDERED.**

DATED: 1/22/2020        s/ RONALD S.W. LEW
                       HON. RONALD S.W. LEW
                       UNITED STATES DISTRICT JUDGE